# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAO CAI et al., | Case No.: 2:16-cv-05359-AB-(AFMx) |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER APPROVING STIPULATION** |
| UNITED STATES CITIZENSHIP and IMMIGRATION SERVICES et al., | |
| Defendants. | |

The Court **APPROVES** the parties' stipulation to dismiss this action with prejudice pursuant to the parties' settlement agreement. Accordingly, this action is hereby **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED.**

Dated: August 14, 2018 _____

Hon. André Birotte Jr.
UNITED STATES DISTRICT JUDGE

1